# United States District Court

EASTERN DISTRICT OF WISCONSIN

NELSON ISAIAS RIVAS ALONSO,
    Petitioner,

v.

SAM OLSON, et al.,
    Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 25-cv-1660

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **GRANTED**.

| | |
|---|---|
| 11/20/2025 | Linda M. Klemm |
| Date | Clerk |
| | /s Alexis H. |
| | (By) Deputy Clerk |