# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

NELSON ISAIAS RIVAS ALONSO,
    Petitioner,

v.                               CASE NUMBER: 25-cv-1660

SAM OLSON, et al.,
    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **GRANTED**. Petitioner must be given a bond reconsideration hearing, where the conditions and possibility of bond are analyzed under 8 U.S.C. § 1226(a).

| | |
|---|---|
| 1/21/2026 | Linda M. Klemm |
| Date | Clerk |
| | |
| | /s Alexis H. |
| | (By) Deputy Clerk |